**Order filed June 2, 2016**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00119-CV**
_____

**COCHRAN INVESTMENTS, INC., Appellant**

**V.**

**CHICAGO TITLE INSURANCE COMPANY, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-04631**

---

## ORDER

The notice of appeal in this case was filed January 27, 2016. The clerk responsible for preparing the record notified this court that the record is ready but appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. See Tex. R. App. P. 20.1. On March 31, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before **June 17, 2016**. See Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM